```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
———————————————————————

**YINOY QUEZADA ET AL.,**

        Plaintiffs,        20-cv-8038 (JGK)

   - against -

**UNITED STATES OF AMERICA,**

        Defendant.

———————————————————————

**YINOY QUEZADA ET AL.,**

                21-cv-482 (JGK)

        Plaintiffs,

   - against -             <u>ORDER</u>

**JOY L. TUN, M.D. ET AL.,**

        Defendants.

———————————————————————

**JOHN G. KOELTL, District Judge:**

    The parties will submit a master stipulation in these two cases by February 26, 2021. The parties will submit a Rule 26(f) report within 14 days of submitting the stipulation.

**SO ORDERED.**

**Dated:    New York, New York**
           **February 8, 2021**          /s/ John G. Koeltl
                                           **John G. Koeltl**
                                 **United States District Judge**