UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YINOY QUEZADA, et al.,

                  Plaintiffs,

        -against-

UNITED STATES OF AMERICA, et al.,

                  Defendants.

1:20-cv-08038 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      By joint letter dated October 3, 2022 (ECF No. 53), the parties informed the Court that they believe a settlement conference before the assigned Magistrate Judge, after the conclusion of expert discovery, would be appropriate. Accordingly, by separate order today, the Court has referred this case to the assigned Magistrate Judge for purposes of settlement on or around the conclusion of expert discovery.

Dated: October 7, 2022
       New York, New York

                                                SO ORDERED.

                                                *Jennifer Rochon*
                                                JENNIFER L. ROCHON
                                                United States District Judge