UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YINOY QUEZADA, et al.,<br><br>        Plaintiffs,<br><br>-against-<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | 1:20-cv-08038 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  As no premotion letters were filed by the March 2, 2023 deadline, the parties shall file a joint status letter by **March 16, 2023**, updating the Court on the status of the case, including proposed deadlines for pretrial submissions and trial dates. The post-discovery pretrial conference on **March 23, 2023 at 2 p.m**. will be used to set a trial date and dates for pretrial submissions.

  The parties are also reminded that Magistrate Judge Wang ordered the parties to file a joint status letter after the conclusion of expert discovery informing the Court on their availability for a settlement conference. *See* ECF No. 58. Expert discovery closed on February 23, 2023 and the docket does not reflect that the parties filed the joint letter. If the parties intend to schedule a settlement conference, the Court encourages them to set the schedule in advance of the March 16, 2023 filing ordered above so that the settlement conference date may be considered when the parties propose pretrial submission and trial dates.

Dated: March 3, 2023
   New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge