UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YINOY QUEZADA, et al., <br><br>　　　　　　　　　Plaintiffs, <br><br>　　　　-against- <br><br> UNITED STATES OF AMERICA, et al., <br><br>　　　　　　　　　Defendants. | 1:20-cv-08038 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

　　As stated on the record at the April 20, 2023 pretrial conference, it is HEREBY ORDERED that:

- By **June 1, 2023**, the parties shall submit any motions *in limine*. Oppositions to any motions *in limine* shall be submitted by **June 8, 2023**. There will be no replies.

- By **June 1, 2023**, all parties shall submit the pretrial filings required for jury trials, including their proposed joint pretrial order, requests to charge, verdict form, *voir dire* questions, documentary exhibits and demonstratives, and all other submissions required for jury trials in accordance with Rule 5 of the Court's Individual Rules of Practice in Civil Cases.

- By **June 1, 2023**, Plaintiff and Defendant United States of America shall submit proposed findings of fact and conclusions of law.

- Counsel for all parties shall appear for a final pretrial conference on **October 6, 2023 at 1 p.m.** in Courtroom 20B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

- Trial shall begin on **October 16, 2023 at 9 a.m.** in Courtroom 20B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: April 20, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge